RECEIVED
IN LAKE CHARLES, LA.
JAN 29 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RAFAEL PHINAZEE** | **CIVIL ACTION NO. 2:12-CV-1563** |
| FED. REG. #4056-074 | SECTION P |
| VS. | JUDGE MINALDI |
| **JP YOUNG** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 2] of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, on this 28 day of January, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE